IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD C. PETERSON,**<br>Petitioner,<br><br>v.<br><br>**WARDEN EDWARD BRENNAN,**<br>**THE DISTRICT ATTORNEY OF THE**<br>**COUNTY OF PHILADEPHIA, and**<br>**THE ATTORNEY GENERAL OF THE**<br>**STATE OF PENNSYLVANIA,**<br>Respondents. | **CIVIL ACTION**<br><br><br><br>**NO. 97-3477** |

# O R D E R

**AND NOW**, this 9th day of June, 2015, upon consideration of "Motion to Reopen Judgment Under F.R.C.P. 60(b)(6)" filed by *pro se* petitioner, Edward C. Peterson (Document No. 124, filed December 3, 2014), for the reasons stated in the accompanying Memorandum dated June 9, 2015, **IT IS ORDERED** as follows:

1. "Motion to Reopen Judgment Under F.R.C.P. 60(b)(6)" filed by *pro se* petitioner, Edward C. Peterson, is **DISMISSED AS UNTIMELY FILED**; and,

2. A certificate of appealability will not issue because reasonable jurists would not debate the propriety of this Court's procedural ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

DuBOIS, JAN E., J.